AUSA: William Broman Telephone: (313) 226-0205

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Samantha Rasmussen, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Manuel Medley

Case No.
Case: 2:26−mj−30489
Assigned To : Unassigned
Assign. Date : 8/17/2026
Description: RE: MANUEL MEDLEY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 1, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Samantha Brockmiller-Rasmussen, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 17, 2026

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samantha Brockmiller-Rasmussen, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to Group IV. I have worked as a Special Agent with ATF since December of 2023. I completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF Special Agent Basic Training Program in Glynco, Georgia. Prior to becoming a Special Agent with ATF, I was an Intelligence Analyst with the Oakland County Sheriff's Office for approximately one year. I obtained a Master of Science degree in Criminology and a Bachelor of Science degree majoring in Criminology and Criminal Justice and Psychology from Florida State University.

2. As an ATF Special Agent, I have participated in numerous criminal investigations related to violent crime and/or gangs. During my employment, I have conducted and/or participated in numerous criminal investigations involving the illegal possession, use, and sale of firearms, drug trafficking, fraud, and criminal street gangs.

3. I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

4. Based on my training and experience and facts set forth in this affidavit, there is probable cause to believe Manuel MEDLEY (DOB: XX/XX/2000), who knew he was prohibited from possessing ammunition due to his felony convictions, knowingly possessed ammunition in or affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

5. On June 1, 2026, at approximately 5:35pm, Detroit Police Officers were flagged down by Victim 1 (V-1), whose identity is known to law enforcement, near the BP gas station at 15378 Wyoming St. in Detroit. V-1 informed officers that he/she had been the victim of an armed robbery by two males. Law enforcement later identified the first male as Manuel MEDLEY. The second male (SUSPECT 2)'s identity is known to law enforcement.

6. V-1 stated that the two males stole a pendant worth an estimated $60,000 from V-1's chain around his neck. V-1 told officers that during the

robbery, one of the males (later identified as MEDLEY) pointed a handgun at V-1 and V-1's girlfriend (V-2) and fired the gun in V-1 and V-2's direction.

7. DPD officers obtained surveillance video of the armed robbery and felonious assault. The video shows SUSPECT 2 and MEDLEY arriving together at the gas station. SUSPECT 2 then followed V-1 as V-1 walked out of the store. SUSPECT 2 grabbed the chain around V-1's neck and took off running. SUSPECT 2 tried to get into the car where MEDLEY sat as a passenger. MEDLEY then got out of the car and joined the fray, discharging a firearm at least twice, before fleeing with SUSPECT 2.

8. Based on the surveillance video, and with the assistance of officers familiar with Manuel MEDLEY, DPD identified the male suspect who appeared to fire a handgun during the robbery as Manuel MEDLEY. I also reviewed the video footage. During my review of the footage and based on my background knowledge of investigations MEDLEY is involved in, I immediately recognized the male suspect with the handgun as Manuel MEDLEY.

9. I further confirmed my initial recognition of MEDLEY by comparing a State Identification image of MEDLEY with the individual seen on the gas station surveillance video. Image 1 is an image from the Michigan Secretary of State, obtained in 2026, and Image 2 is a screenshot from the surveillance footage from the BP gas station at 15378 Wyoming St., Detroit, MI from June 1, 2026.





**Image 1** **Image 2**

10. I have reviewed the publicly accessible portions of the Instagram account associated with Manuel MEDLEY, "mank.f4l." The shape and size of the tattoos on the right arm of the suspect from the surveillance footage are consistent with MEDLEY's that were visible in a series of images posted to his Instagram account on or about June 2, 2026 as detailed below (magnified and annotated). The post was captioned, "I Know The Feds On My Ass Still Bringing Drac Out [various emojis and hashtags]." Based on my training and experience, I am aware that "drac" is a slang term for a Draco firearm. Based on the context of the statement, I believe this caption reflects MEDLEY's intent to possess firearms despite knowing he is prohibited from doing so. Image 3 is a screenshot from the footage. Image 4 is a screenshot of the post.




Image 3




Image 4



Image 4 – magnified




**Image 3 (Magnified)**



**Image 4 (Magnified)**




**Image 3 (Magnified/Annotated)**



**Image 4 (Magnified/Annotated)**

11. Image 3 (Magnified) and Image 4 (Magnified) above, show a distinct "T" shape on MEDLEY's right forearm, which I have annotated in yellow in Image 3 (Magnified/Annotated) and Image 4 (Magnified/Annotated).

12. I observed a photo from another post to the "mank.f4l" Instagram account, from May 31, 2026, that depicted MEDLEY wearing black and white Nike sneakers with untied laces. These shoes appeared consistent with those worn by the armed suspect from the gas station surveillance video. MEDLEY's hairstyle also matched. Image 5 is from the surveillance footage and Image 6 is a screenshot of the Instagram post.



Image 5




Image 6

13. During my review of the surveillance footage from the gas station, I made the following observations:

a. MEDLEY and SUSPECT 2 were inside the gas station building purchasing items. MEDLEY and SUSPECT 2 departed the building and returned to a silver Ford Edge near the center gas pumps. SUSPECT 2 returned inside the building. V-1 and V-2 entered the gas station building and purchased items. MEDLEY re-entered the building, had a conversation with SUSPECT 2, left the building, and returned to the Ford Edge. SUSPECT 2 allowed other customers to approach the clerk's counter in front of him while repeatedly looking in the direction of V-1 and V-2. When V-1 and V-2 completed their transaction, they left the building. SUSPECT 2 hurriedly followed close behind.

b. Only a few steps outside the door of the gas station building, SUSPECT 2 ran up from behind V-1, grabbed at V-1's chest and neck area and ran toward the silver Ford Edge. SUSPECT 2 opened the rear passenger door of the silver Ford Edge attempting to get in, but was grabbed by V-1. A physical struggle ensued.

c. MEDLEY got out of the Ford Edge, holding a dark-colored pistol, and ran toward SUSPECT 2 and the victims. Image 7 is a screenshot from the surveillance footage depicting MEDLEY holding a firearm.



**Image 7**

d. Multiple times during the minute-long struggle, MEDLEY appeared to rapidly raise the arm holding the pistol and fire the weapon.

   i. During the struggle and gunfire occurring near the gas pumps, witnesses inside the gas station building physically flinch. This is believed to be a startle response to the unexpected, loud sound of gunshots.

e. SUSPECT 2 got free of V-1. SUSPECT 2 and MEDLEY ran north along the west side of the gas station building followed by V-1. While still running, MEDLEY turned his torso and head to the left and reached his right arm around at his waist, consistent

with MEDLEY using his right arm to point the firearm behind him toward V-1. A small dust cloud billowed behind MEDLEY and in front of V-1. I believe the cloud is from the impact of the bullet on the ground.

f. V-1 turned and ran back toward the gas pumps. MEDLEY and SUSPECT 2 continued to run northbound, out of sight of surveillance cameras.

14. DPD evidence technicians recovered two 9mm shell casings from the scene, consistent with the characteristics of the pistol MEDLEY is seen using on the video.

**<u>INTERSTATE NEXUS</u>**

15. On August 14, 2026, I provided Special Agent Michael Jacobs, an ATF Interstate Nexus Expert, with one of the fired shell casings that was recovered from the June 1, 2026 shooting scene at the BP gas station at 15378 Wyoming Street. Based upon his physical examination, Special Agent Jacobs advised that the cartridge casing met the definition of ammunition under 18 U.S.C. § 921 (a)(17)(A), was manufactured outside of the state of Michigan, and had therefore traveled in and affected interstate commerce.

## MEDLEY'S STATUS AS A CONVICTED FELON

16. I reviewed MEDLEY's computerized criminal history and court documents, which revealed the following felony convictions from the United States District Court, Eastern District of Michigan (Case No. 23-CR-20698):

a. 2024: 18 U.S.C. § 1343, Wire Fraud; and

b. 2024: 18 U.S.C. § 1028A(a)(1), Aggravated Identity Theft.

17. MEDLEY is currently on federal supervised release with the United States Probation Office in the Eastern District of Michigan. Therefore, MEDLEY is aware of his status as a convicted felon and that he is prohibited from possessing firearms and ammunition.

## CONCLUSION

18. Probable cause exists that Manuel MEDLEY, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed ammunition, that had travelled in or affected

interstate commerce in violation of Title 18 U.S.C. § 922(g)(1). This violation occurred on June 1, 2026, within the Eastern District of Michigan.

Respectfully submitted,

Samantha Brockmiller-Rasmussen
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

HONORABLE DAVID R. GRAND
United States Magistrate Judge

Dated: August 17, 2026